Pak & Whang LLC
Byongchae Pak (BP-2387)
Mitchell B. Nisonoff, of counsel (MN-1114)
2011 Lemoine Avenue, Suite 205
Fort Lee, NJ 07024
(201) 461-3782

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| H.S.W. ENTERPRISES, INC., | 08 CIV 8476 |
| | Judge Assigned: Sand (LBS) |
| Plaintiff, | |
| -against- | |
| WOO LAE OAK, INC., individually and d/b/a WOO LAE OAK SOHO and WOO LAE OAK BEVERLY HILLS, WOO LAE OAK 50 INC., individually and d/b/a BANN RESTAURANT, and YOUNG SOOK CHOI, | **NOTICE OF MOTION** |
| Defendants. | |

------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the proposed Affidavit of Byongchae Pak, Esq., in Support of Motion to Withdraw as Counsel to Defendants, sworn to on March 1, 2010, together with the exhibits annexed thereto (the "Affidavit"), and Memorandum of Law submitted herewith, and all pleadings and proceedings heretofore had herein, Pak & Whang LLC ("P&W") will move this Court, before the Honorable Leonard B. Sand, the United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom 15-A, **on March 4, 2010, at 2:15 p.m., or as soon thereafter as counsel may be heard**, for an Order, pursuant to Local Civil Rule 1.4, granting permission for P&W to withdraw as counsel to

Defendants Woo Lae Oak, Inc., Woo Lae Oak 50 Inc. and Young Sook Choi (collectively, "Defendants") for Defendants' failure to pay P&W's legal bills and to file the proposed Affidavit under seal, allowing for the Court's in *camera* review and review by Defendants, but denying review of the contents by plaintiff, and denying plaintiff's pending motion for partial judgment on its second count, together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering affdavits and papers, if any, are to be served in accordance with Local Civil Rule 6.1.

Dated:   New York, New York
         March 1, 2010

                                        **PAK & WHANG LLC**

                                        By: Byongchae Pak (BP-2387)
                                        Attorneys for Defendants
                                        Woo Lae Oak, Inc., Woo Lae Oak
                                        50, Inc. and Young Sook Choi
                                        Office and P.O. Box Address
                                        2011 Lemoine Avenue, Suite 205
                                        Fort Lee, NJ 07024
                                        (201) 461-3782

                                        16 West 32nd Street, Suite 705
                                        New York, NY 10001
                                        (By Appointment Only)

                                        Of Counsel:
                                        Mitchell B. Nisonoff (MN-1114)

## **CERTIFICATE OF SERVICE**

      I certify that on March 1, 2010, I sent a copy of the Notice of Motion and Memorandum of Law electronically and by regular mail to:

    Maria A. Savio, Esq.
    Richard S. Schurin, Esq.
    Gottlieb, Rackman & Reisman P.C.
    Attorneys for Plaintiff
    270 Madison Avenue
    New York, NY 10016

Dated:      March 1, 2010

                                            Pak & Whang LLC
                                            Attorneys for Plaintiff
                                            By: Tae Hyun Whang, Esq.