Pak & Whang LLC
Byongchae Pak (BP-2387)
Mitchell B. Nisonoff, of counsel (MN-1114)
2011 Lemoine Avenue, Suite 205
Fort Lee, NJ 07024
(201) 461-3782

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

H.S.W. ENTERPRISES, INC.,                        08 CIV 8476
                                                 Judge Assigned: Sand (LBS)
                    Plaintiff,

        -against-

WOO LAE OAK, INC., individually and
d/b/a WOO LAE OAK SOHO and                       **CERTIFICATE**
WOO LAE OAK BEVERLY HILLS,                       **OF SERVICE**
WOO LAE OAK 50 INC., individually
and d/b/a BANN RESTAURANT, and
YOUNG SOOK CHOI,

                    Defendants.

-------------------------------------------------------X

        I certify that on March 4, 2010, I sent a copy of the Affidavit of Byongchae Pak, Esq., in Support of Pak & Whang LLC's Motion to withdraw as counsel to Defendants, filed under seal, by overnight mail to:

        Young Sook Choi, individually and as corporate officers of
        Woo Lae Oak, Inc. and Woo Lae Oak 50 Inc.
        450 South Serrano Avenue
        Los Angeles, CA 90020.

Dated:          March 4, 2010

                                                 _____
                                                 Pak & Whang LLC
                                                 Attorneys for Plaintiff
                                                 By: Byongchae Pak, Esq.